| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Firstox Laboratories, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
85-4320939

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6000A Pelham Road**<br>**Greenville, SC 29615**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Greenville**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Firstox Laboratories, LLC**    Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Firstox Laboratories, LLC** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Firstox Laboratories, LLC**　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Firstox Laboratories, LLC**
Name

Case number (*if known*)

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 21, 2023**
MM / DD / YYYY

**X /s/ Kevin Murdock**
Signature of authorized representative of debtor

**Kevin Murdock**
Printed name

Title **Managing/Sole Member**

**18. Signature of attorney**

**X /s/ Robert H. Cooper**
Signature of attorney for debtor

Date **March 21, 2023**
MM / DD / YYYY

**Robert H. Cooper**
Printed name

**The Cooper Law Firm**
Firm name

**150 Milestone Way, Ste B**
**Greenville, SC 29615**
Number, Street, City, State & ZIP Code

Contact phone **864-271-9911**    Email address **thecooperlawfirm@thecooperlawfirm.com**

**05670 SC**
Bar number and State

# United States Bankruptcy Court
**District of South Carolina**

In re  **Firstox Laboratories, LLC**

Debtor(s)

Case No.

Chapter  **11**

I, **Kevin Murdock**, declare under penalty of perjury that I am the **Managing/Sole Member** of **Firstox Laboratories, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Liability Company at a special meeting duly called and held on the 21st day of March, 2023.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Murdock**, **Managing/Sole Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Kevin Murdock**, **Managing/Sole Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Murdock**, **Managing/Sole Member** of this Limited Liability Company is authorized and directed to employ **Robert H. Cooper DCID #5670**, attorney and the law firm of **The Cooper Law Firm** to represent the Limited Liability Company in such bankruptcy case."

Date **March 21, 2023**

Signed **/s/ Kevin Murdock**

**Kevin Murdock**

Resolution of Board of Directors
of
**Firstox Laboratories, LLC**

Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Murdock, Managing/Sole Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Kevin Murdock, Managing/Sole Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Murdock, Managing/Sole Member** of this Limited Liability Company is authorized and directed to employ **Robert H. Cooper DCID #5670**, attorney and the law firm of **The Cooper Law Firm** to represent the Limited Liability Company in such bankruptcy case.

Date **March 21, 2023**                Signed **/s/ Kevin Murdock**
                                              **Kevin Murdock**

Fill in this information to identify the case:

Debtor name: **Firstox Laboratories, LLC**

United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AB Sciex LLC<br>62510 Collections Center Dr<br>Chicago, IL 60693-0625 | | | | | | $79,041.78 |
| AIT LABS<br>PO BOX 638733<br>CINCINNATI, OH 45263 | | | | | | $11,750.00 |
| ANSAFONE CONTACT CENTERS<br>PO BOX 2214<br>OCALA, FL 34478 | | | | | | $3,467.41 |
| Christus Health<br>PO Box 848024<br>Dallas, TX 75284 | | | | | | $1,413.08 |
| College of American Pathologists<br>325 Waukegan Rd.<br>Northfield, IL 60093-2750 | | | | | | $8,620.25 |
| Coronis Health<br>PO Box 790372<br>St Louis, MO 63179-0372 | | | | | | $115,163.39 |
| CPL - Austin<br>PO BOX 141669<br>Austin, TX 78714 | | | | | | $52,652.71 |
| CPL-East<br>PO Box 141669<br>Austin, TX 78714-1669 | | | | | | $2,924.78 |
| Cyret<br>10687 Gaskins Way Suite 200<br>Manassas, VA 20109 | | | | | | $13,400.00 |

Debtor **Firstox Laboratories, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim   If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ELGA LabWater, LLC**  5 Earl Court, Unit 100  Woodridge, IL 60517 | | | | | | $5,297.07 |
| **HCA Houston Healthcare Northwest**  PO BOX 744317  Atlanta, GA 30374 | | | | | | $1,527.50 |
| **Indigo BioAutomation Inc.**  385 City Center Drive  Suite 200  Carmel, IN 46032 | | | | | | $3,580.37 |
| **LINDE GAS & EQUIPMENT**  DEPT 0812  PO BOX 120812  DALLAS, TX 75312-0812 | | | | | | $11,177.36 |
| **McKesson Medical-Surgical, Inc**  9954 Mayland Drive  Suite 4000  HENRICO, VA 23233 | | | | | | $12,224.94 |
| **Medix**  7839 SOLUTION CENTER  Chicago, IL 60677-7008 | | | | | | $1,530.42 |
| **Medsphere Systems Corportion**  1220 E 7800 S FL 3  Sandy, UT 84094 | | | | | | $12,112.21 |
| **Practice Fusion**  305 Church at North Hills Street  Raleigh, NC 27609 | | | | | | $1,701.90 |
| **RedAway, LLC**  990 Security Row  Suite 102  Richardson, TX 75080 | | | | | | $2,270.19 |
| **Sethi Laboratories LLC**  4101 ROSS AVENUE SUITE 100  DALLAS, TX 75204 | | | | | | $670,750.00 |

Debtor **Firstox Laboratories, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **StratusDX**<br>**12300 Ford Rd.**<br>**Suite 403B**<br>**Farmers Branch, TX 85234** | | | | | | $4,200.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**District of South Carolina**

In re **Firstox Laboratories, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **20,000.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **20,000.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):  **Debtor has paid $0 in attorneys fees as a retainer. Fees will be charged and billed at $295 per hour.**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 21, 2023**  
*Date*

**/s/ Robert H. Cooper**  
**Robert H. Cooper**  
*Signature of Attorney*  
**The Cooper Law Firm**  
**150 Milestone Way, Ste B**  
**Greenville, SC 29615**  
**864-271-9911  Fax: 864-232-5236**  
**thecooperlawfirm@thecooperlawfirm.com**  
*Name of law firm*

**LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1**

# United States Bankruptcy Court
## District of South Carolina

In re **Firstox Laboratories, LLC**　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

　　The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

　　Master mailing list of creditors submitted via:

　　　　(a)　　_____ computer diskette

　　　　(b)　　_____ scannable hard copy
(number of sheets submitted _____)

　　　　(c)　　__X__ electronic version filed via CM/ECF

Date:　**March 21, 2023**　　　　　　　　　　**/s/ Kevin Murdock**
　　　　　　　　　　　　　　　　　　　　　　**Kevin Murdock/Managing/Sole Member**
　　　　　　　　　　　　　　　　　　　　　　Signer/Title

Date:　**March 21, 2023**　　　　　　　　　　**/s/ Robert H. Cooper**
　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney
　　　　　　　　　　　　　　　　　　　　　　**Robert H. Cooper**
　　　　　　　　　　　　　　　　　　　　　　**The Cooper Law Firm**
　　　　　　　　　　　　　　　　　　　　　　**150 Milestone Way, Ste B**
　　　　　　　　　　　　　　　　　　　　　　**Greenville, SC 29615**
　　　　　　　　　　　　　　　　　　　　　　**864-271-9911　Fax: 864-232-5236**
　　　　　　　　　　　　　　　　　　　　　　Typed/Printed Name/Address/Telephone

　　　　　　　　　　　　　　　　　　　　　　**05670 SC**
　　　　　　　　　　　　　　　　　　　　　　District Court I.D. Number

```
A.G. ADJUSTMENTS, LTD.
740 WALT WHITMAN ROAD
MELVILLE NY 11747


AB SCIEX LLC
62510 COLLECTIONS CENTER DR
CHICAGO IL 60693-0625


AIT LABS
PO BOX 638733
CINCINNATI OH 45263


ANSAFONE CONTACT CENTERS
PO BOX 2214
OCALA FL 34478


BARNEY MCKENNA & OLMSTEAD
43 SOUTH 100 EAST
SAINT GEORGE UT 84770


BORIS YANKOVICH
415 OCEAN VIEW AVE FL 3
BROOKLYN NY 11235


C2CRESOURCES
1455 LINCOLN PKWY E STE 550
ATLANTA GA 30346


CHANCE CAMPBELL
481 GARLINGTON ROAD SUITE A
GREENVILLE SC 29615


CHRISTUS HEALTH
PO BOX 848024
DALLAS TX 75284


CLOUDFUND, LLC
400 REKKA BLVD, STE 165-101
SUFFERN NY 10901


COLLEGE OF AMERICAN PATHOLOGISTS
325 WAUKEGAN RD.
NORTHFIELD IL 60093-2750
```

```
CORONIS HEALTH
PO BOX 790372
ST LOUIS MO 63179-0372


CPL - AUSTIN
PO BOX 141669
AUSTIN TX 78714


CPL-EAST
PO BOX 141669
AUSTIN TX 78714-1669


CYRET
10687 GASKINS WAY
SUITE 200
MANASSAS VA 20109


DE LAGE LANDEN FINANCIAL SERVICES INC.
PO BOX 41602
PHILADELPHIA PA 19101


DEX IMAGING
PO BOX 17299
CLEARWATER FL 33762-0299


ELGA LABWATER, LLC
5 EARL COURT, UNIT 100
WOODRIDGE IL 60517


FIRST BUSINESS
401 CHARMANY DRIVE
MADISON WI 53719


FIRST CAROLINA HOLDINGS, LLC
4113 E. NORTH STREET
GREENVILLE SC 29615


FRANK VELOCCI
FAEGREDRINKER
1177 AVENUE OF THE AMERICAS, 41ST FLOOR
NEW YORK NY 10036


GENECOV
3800 PALUXY DRIVE
TYLER TX 75703
```

```
GLAST, PHILLIPS & MURRAY
14801 QUORUM DRIVE SUITE 500
DALLAS TX 75254


GLOBAL ANALYTICAL DEVELOPMENT, LLC
PO BOX 734509
CHICAGO IL 60695-1509


GO2 PARTNERS (PMP, INC.)
701 LEE STREET. SUITE 1050
DES PLAINES IL 60016


GRANITE COMMUNICATIONS
PO BOX 983119
BOSTON MA 02298-3119


GREENBERG, GRANT & RICHARDS
5858 WESTHEIMER ROAD STE 500
HOUSTON TX 77057


GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601


GREGORY CRAPANZANO
200 SOUTH 10TH STREET STE 1600
RICHMOND VA 23219


HAYNESWORTH SINKLER BOYD
1201 MAIN STREET22ND FLOOR
COLUMBIA SC 29201


HCA HOUSTON HEALTHCARE NORTHWEST
PO BOX 744317
ATLANTA GA 30374


HOLDER, PADGETT, LITTLEJOHN & PRICKETT
800 E. NORTH STREET
GREENVILLE SC 29601


INDIGO BIOAUTOMATION INC.
385 CITY CENTER DRIVE
SUITE 200
CARMEL IN 46032
```

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


IRS MDP 39
1835 ASSEMBLY ST RM 469
COLUMBIA SC 29201


J.R. KREBS
2123 9TH STREET, SUITE 110
TUSCALOOSA AL 35401


JONATHAN SCHULZ
BRADLEY
214 N TRYON ST STE 3700
CHARLOTTE NC 28202


KELLY HART
201 MAIN STREET, SUITE 2500
FORT WORTH TX 76102


LEGACY CAPITAL 26, LLC
290 HARBOR DRIVE
STAMFORD CT 06902


LINDE GAS & EQUIPMENT
DEPT 0812
PO BOX 120812
DALLAS TX 75312-0812


LITTLER
110 E COURT ST SUITE 201
GREENVILLE SC 29601


MCKESSON MEDICAL-SURGICAL, INC
9954 MAYLAND DRIVE SUITE 4000
HENRICO VA 23233


MEDIX
7839 SOLUTION CENTER
CHICAGO IL 60677-7008
```

```
MEDSPHERE SYSTEMS CORPORTION
1220 E 7800 S FL 3
SANDY UT 84094


NFS LEASING
900 CUMMINGS CENTER STE 226U
BEVERLY MA 01915


PHOENIX DIAGNOSTICS
8 TECH CIRCLE
NATICK MA 01760


PRACTICE FUSION
305 CHURCH AT NORTH HILLS STREET
RALEIGH NC 27609


RADLA CAPITAL, LLC
161-10A UNION STREET 2ND FLOOR
FLUSHING NY 11366


REDAWAY, LLC
990 SECURITY ROW  SUITE 102
RICHARDSON TX 75080


RICHARD T. AVIS & ASSOCIATES
5500 PEARL ST
ROSEMONT IL 60018


ROBINSON BRADSHAW
202 E. MAIN ST.
ROCK HILL SC 29730


ROCOVICH FAMILY LLC
1220 FRANKLIN RANCH ROAD
SANTA BARBARA CA 93117


ROE CASSIDY COATES, & PRICE , PA
PO BOX 10529
GREENVILLE SC 29603


SAN ANTONIO BILLING COMPANY
13710 PEBBLE POINT
SAN ANTONIO TX 78231
```

```
SC DEPT OF REV. & TAX
PO BOX 12265
COLUMBIA SC 29211


SETHI LABORATORIES LLC
4101 ROSS AVENUE
SUITE 100
DALLAS TX 75204


SMARTOX LLC
4850 PLAZA DRIVE
IRVING TX 75063


SPARKLETTS & SIERRA SPRINGS - CC
PO BOX 660579
DALLAS TX 75266-0579


SPECTRUM BUSINESS
PO BOX 60074
CITY OF INDUSTRY CA 91716


STAT OVERNIGHT DELIVERY LLC
403 INTERNATIONAL PARKWAY #505
RICHARDSON TX 75081


STRATUSDX
12300 FORD RD.
SUITE 403B
FARMERS BRANCH TX 85234


SUNQUEST/ATLAS
PO BOX 75214
CHARLOTTE NC 28275-0214


THE HENDRICKS FIRM LLC
101 NE MAIN ST,
EASLEY SC 29640


TIAA COMMERCIAL FINANCE INC
PO BOX 911608
DENVER CO 80291


TRITON RECOVERY GROUP
19790 W. DIXIE HIGHWAY STE 301
AVENTURA FL 33180
```

```
VERIZON
PO BOX 660108
DALLAS TX 75266-0108


VOX FUNDING SPV1, LLC
14 E 44TH ST 4TH FLOOR
NEW YORK NY 10017


WOODARD & BUTLER
PO BOX 1906
WALTERBORO SC 29488
```